568 F.2d 204
 106 L.R.R.M. (BNA) 2603, 84 Lab.Cas. P 10,645
 Columbus-Foundries, Inc.
v.
N. L. R. B.***
 No. 77-2012
 United States Court of Appeals, Fifth Circuit
 1/27/78
 
 1
 N.L.R.B.
 
 ENFORCED
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir., see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 **
 Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966